United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JUANITA'S MEXICAN RESTAURANT, et al.,<br><br>    Defendants. | Case No. 14-cv-01003-JSC<br><br>**ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |

Plaintiff filed this action in March 2014, and filed a proof of service on defendant Isobel Clayton, Trustee for the Benefit of Merrill G Clayton, Jr. and Isobel Clayton, in June 2014. (Dkt. No. 7.)  No other proof of service has been filed and the docket does not reflect any other activity, including any appearance by Ms. Clayton.  Accordingly, on or before January 9, 2015, Plaintiff shall file a report updating the Court on the status of the action.

**IT IS SO ORDERED**.

Dated: December 3, 2014

                                                     _____
                                                   JACQUELINE SCOTT CORLEY
                                                   United States Magistrate Judge