THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:     415/674-9900
Email:         tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs Ramirez and Heatherly

WILLIAM R. SHEPARD, ATTY. (State Bar #51559)
ROCHESTER WONG & SHEPARD, A P.C.
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone:     415/ 981-3880
Facsimile:     415/ 981-3881
Email:         wsheplaw@aol.com

Attorney for Defendants Juanita's Mexican
Restaurant; Clayton, Trustee; and Kalin, Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IRMA RAMIREZ and DAREN HEATERLY,<br><br>          Plaintiff,<br><br>v.<br><br>JUANITA'S MEXICAN RESTAURANT; ISOBEL CLAYTON, Trustee for the BENEFIT of MERRILL G. CLAYTON, JR. and ISOBEL CLAYTON, UNDER TRUST DATED MARCH 27, 1996,<br><br>          Defendants. | CASE NO. CV-14-01003-JSC<br><br>**CONSENT DECREE** |

**WHEREAS**, plaintiffs  IRMA RAMIREZ and DAREN HEATERLY (hereinafter "PLAINTIFFS") have filed this action in the United States District Court, Northern District of California, alleging claims for damages and injunctive relief under the California Health & Safety Code Sections 19955, *et seq.*, California Civil Code Sections 51, 51.5 and 54, *et seq.*, and

the Americans with Disabilities Act of 1990 (42 U.S.C. §12101, *et seq.*) arising out of

PLAINTIFFS' visits to Juanita's Mexican Restaurant in 2013; and

**WHEREAS**, defendants  Isobel Clayton, individually and as Trustee for the benefit of

Merrill G. Clayton, Jr. and Isobel Clayton under Trust dated March 27, 1996, and John E. Kalin,

individually and as Trustee of the 2000 John E. Kalin and Catharine L. Kalin Revocable Trust

(hereinafter jointly as "Landlord") and Meliton Ramos, individually and doing business as

Juanita's Mexican Restaurant (hereinafter "Tenant")(Landlord and Tenant jointly hereinafter

"DEFENDANTS") are the owners and tenant of the property and building for the public

accommodations located at 2227 Mendocino Avenue, Santa Rosa, California ("Property"); and

**WHEREAS**, PLAINTIFFS and DEFENDANTS have agreed to enter a Mutual

Settlement Agreement and Release ("Settlement Agreement"), requiring certain remedial

improvements at the Property to provide access to disabled persons, as set forth in the Settlement

Agreement; and

**WHEREAS**, PLAINTIFFS and DEFENDANTS agree that the settlement of

PLAINTIFFS' claims pursuant to their Settlement Agreement have been made in good faith and

in an effort to avoid expensive and protracted litigation, but without any admission or finding of

liability or fault as to any allegation or matter;

**NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED as follows:**

## I.  JURISDICTION

A.     The Court has jurisdiction over the subject matter of and the parties to this

Consent Decree pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.

§122101, *et seq.*

B.     DEFENDANTS agree not to contest the Court's jurisdiction to enter into and

enforce this Consent Decree.

## II.  DENIAL OF LIABILITY

DEFENDANTS deny any and all legal or equitable liability under any federal, state or

local statute, regulation or ordinance, or the common law, for any damages or claims caused by

or arising out of the of the physical condition of the Property's public accommodations or from

acts or inaction.  By entering into this Consent Decree, or by taking any action in accordance with it, DEFENDANTS do not admit any allegations contained herein or in the complaint, nor do they admit any liability for any purpose or admit any issue of law or fact or any responsibility for the alleged noncompliance of the Property's public accommodations  with the Americans with Disabilities Act of 1990 (ADA), Americans with Disabilities Act Accessibility Guidelines (ADAAG), California Building Code, or any other state or federal building code or statute.

### III.  PURPOSE

The purpose of this Consent Decree is to resolve amicably the existing dispute between the parties hereto as to whether remedial improvements at the public accommodation, located at the Property, are necessary to provide access to persons with disabilities and to settle the claims asserted against DEFENDANTS in the complaint filed in this matter.

### IV.  BINDING EFFECT

A.      Each of the individual undersigned signatories for DEFENDANTS certify that she/he is fully authorized to enter into the terms and conditions of this Consent Decree on behalf of the trust or entity on whose behalf they purport to represent.

B.      The undersigned PLAINTIFFS certify that they are fully able and authorized to enter into the terms and conditions of this Consent Decree and that they have not assigned, transferred or purported to assign or transfer, to any person or entity any claim or other matter which is the subject of this Consent Decree.

### V.  WORK TO BE PERFORMED

A.      Specifically, DEFENDANTS shall undertake remedial measures as set forth in the Settlement Agreement to make the Property's public accommodations as accessible as possible under the "readily achievable standard" to persons with disabilities.  The remedial work, policy and procedures to be performed pursuant to this Consent Decree is set forth in detail in the Settlement Agreement, which constitutes the removal of architectural barriers as referred to in the ADA 28CFR part 36 and ADAAG.

B.      The work to be performed pursuant to this Consent decree shall be completed by March 31, 2015.

1    C.    The remedial work set forth herein meets the "readily achievable" standard of the

2  Americans with Disabilities Act of 1990.

3                    **VI.  TERMINATION AND SATISFACTION**

4    A.    Upon DEFENDANTS completion of the work to be performed, as specified,

5  pursuant to this Consent Decree or on March 31, 2015, whichever occurs earlier, the Court's

6  jurisdiction of this matter shall terminate unless the parties show good cause for the continuance

7  of this Consent Decree.

8                    **VII.   EXECUTION OF THIS CONSENT DECREE**

9         This Consent Decree may be executed in counterpart signatures, and such signatures may

10  be attached in counterparts, each of which shall be deemed an original, and which together shall

11  constitute one and the same instrument.  Such counterparts may be signed as faxed signatures,

12  which shall have the same force and effect as original signatures.  The undersigned hereby

13  consent to the foregoing Consent Decree.

14  **PLAINTIFFS:**

15  Dated: _____, 2014            _____
                                          IRMA RAMIREZ, Plaintiff

16  Dated: _____, 2014            _____
17                                        DAREN HEATHERLY, Plaintiff

18

19  **DEFENDANTS:**

20  Dated: _____, 2014
                                          _____
21                                        ISOBEL CLAYTON, individually and as Trustee
                                          for the benefit of Merrill G. Clayton, Jr. and Isobel
22                                        Clayton under Trust dated March 27, 1996

23  Dated: _____, 2014
                                          _____
                                          JOHN E. KALIN, individually and as Trustee of
24                                        the 2000 John E. Kalin and Catharine L. Kalin
                                          Revocable Trust
25

26  Dated: _____, 2014
                                          _____
                                          MELITON RAMOS, individually and doing
27                                        business as Juanita's Mexican Restaurant

28

CONSENT DECREE   CV-14-01003-JSC
                                                                              4

1       C.    The remedial work set forth herein meets the "readily achievable" standard of the

2   Americans with Disabilities Act of 1990.

### VI.  TERMINATION AND SATISFACTION

4       A.    Upon DEFENDANTS completion of the work to be performed, as specified,

5   pursuant to this Consent Decree or on March 31, 2015, whichever occurs earlier, the Court's

6   jurisdiction of this matter shall terminate unless the parties show good cause for the continuance

7   of this Consent Decree.

### VII.   EXECUTION OF THIS CONSENT DECREE

9       This Consent Decree may be executed in counterpart signatures, and such signatures may

10  be attached in counterparts, each of which shall be deemed an original, and which together shall

11  constitute one and the same instrument.  Such counterparts may be signed as faxed signatures,

12  which shall have the same force and effect as original signatures.  The undersigned hereby

13  consent to the foregoing Consent Decree.

**PLAINTIFFS:**

15  Dated: _____, 2014

16                                         IRMA RAMIEREZ, Plaintiff

17  Dated: _____, 2014

                                         DAREN HEATHERLY, Plaintiff

**DEFENDANTS:**

20  Dated: _____, 2014

                                         ISOBEL CLAYTON, individually and as Trustee for the benefit of Merrill G. Clayton, Jr. and Isobel Clayton under Trust dated March 27, 1996

23  Dated: 9/10_____, 2014

                                         JOHN E. KALIN, individually and as Trustee of the 2000 John E. Kalin and Catharine L. Kalin Revocable Trust

26  Dated: 9/10/14_____, 2014

                                  *Meliton Ramos,*

                                       MELITON RAMOS, individually and doing business as Juanita's Mexican Restaurant

1    C.    The remedial work set forth herein meets the "readily achievable" standard of the

2  Americans with Disabilities Act of 1990.

### VI.   TERMINATION AND SATISFACTION

4    A.    Upon DEFENDANTS completion of the work to be performed, as specified,

5  pursuant to this Consent Decree or on March 31, 2015, whichever occurs earlier, the Court's

6  jurisdiction of this matter shall terminate unless the parties show good cause for the continuance

7  of this Consent Decree.

### VII.   EXECUTION OF THIS CONSENT DECREE

9    This Consent Decree may be executed in counterpart signatures, and such signatures may

10  be attached in counterparts, each of which shall be deemed an original, and which together shall

11  constitute one and the same instrument.  Such counterparts may be signed as faxed signatures,

12  which shall have the same force and effect as original signatures.  The undersigned hereby

13  consent to the foregoing Consent Decree.

14  **PLAINTIFFS:**

15  Dated: _____, 2014

16                                                    _____
                                                      IRMA RAMIEREZ, Plaintiff

17  Dated: _____, 2014

18                                                    _____
                                                      DAREN HEATHERLY, Plaintiff

19  **DEFENDANTS:**

20  Dated: _____9-10-___, 2014

21                                                    _Isobel Clayton_____
                                                      ISOBEL CLAYTON, individually and as Trustee

22                                                    for the benefit of Merrill G. Clayton, Jr. and Isobel
                                                      Clayton under Trust dated March 27, 1996

23  Dated: _____, 2014

24                                                    _____
                                                      JOHN E. KALIN, individually and as Trustee of

25                                                    the 2000 John E. Kalin and Catharine L. Kalin
                                                      Revocable Trust

26  Dated: _____, 2014

27                                                    _____
                                                      MELITON RAMOS, individually and doing

28                                                    business as Juanita's Mexican Restaurant

CONSENT DECREE   CV-14-01003-JSC

C.     The remedial work set forth herein meets the "readily achievable" standard of the Americans with Disabilities Act of 1990.

## VI.   TERMINATION AND SATISFACTION

A.     Upon DEFENDANTS completion of the work to be performed, as specified, pursuant to this Consent Decree or on March 31, 2015, whichever occurs earlier, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree.

## VII.   EXECUTION OF THIS CONSENT DECREE

This Consent Decree may be executed in counterpart signatures, and such signatures may be attached in counterparts, each of which shall be deemed an original, and which together shall constitute one and the same instrument.  Such counterparts may be signed as faxed signatures, which shall have the same force and effect as original signatures.  The undersigned hereby consent to the foregoing Consent Decree.

**PLAINTIFFS:**

Dated: _____, 2014

_____
IRMA RAMIEREZ, Plaintiff

Dated: _____, 2014

_____
DAREN HEATHERLY, Plaintiff

**DEFENDANTS:**

Dated: _____, 2014

_____
ISOBEL CLAYTON, individually and as Trustee
for the benefit of Merrill G. Clayton, Jr. and Isobel
Clayton under Trust dated March 27, 1996

Dated: September 5, 2014

_____
JOHN E. KALIN, individually and as Trustee of
the 2000 John E. Kalin and Catharine L. Kalin
Revocable Trust

Dated: _____, 2014

_____
MELITON RAMOS, individually and doing
business as Juanita's Mexican Restaurant

CONSENT DECREE    CV-14-01003-JSC

**APPROVED AS TO FORM AND CONTENT**:

Dated: _Sept, 22_ , 2014          THOMAS E. FRANKOVICH,
                                  A PROFESSIONAL LAW CORPORATION


                                  By: _____
                                       Thomas E. Frankovich
                                       Attorneys for Plaintiffs

Dated: _SEPT. 15_ , 2014          ROCHESTER WONG & SHEPARD
                                  A Professional Corporation


                                  By: _____
                                       William R. Shepard
                                       Attorneys for Defendants

                                  **ORDER**

          **IT IS SO ORDERED**.


Dated: _December 4, 2014_                    _____
                                             Jacqueline Scott Corley
                                             United States Magistrate Judge

GRANTED

Jacqueline Scott Corley

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA